# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| CURTIS PIERCE; and VIVIAN PIERCE, | * | |
| | * | |
| Plaintiffs, | * | CIVIL ACTION NO.: 5:21-cv-8 |
| | * | |
| v. | * | |
| | * | |
| WAYCROSS POLICE DEPARTMENT, et al., | * | |
| | * | |
| | * | |
| Defendants. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 10. Plaintiffs did not file Objections to this Report and Recommendation.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Plaintiffs' Complaint for failure to follow this Court's Order, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment, and **DENIES** Plaintiffs *in forma*

AO 72A
(Rev. 8/82)

*pauperis* status on appeal.

    **SO ORDERED**, this \_\_\_1\_\_\_ day of \_\_November\_\_, 2021.

                                       _____
                                       HON. LISA GODBEY WOOD, JUDGE
                                       UNITED STATES DISTRICT COURT
                                       SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)